IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Docket No. 3:22- mj29 |
| v. | ) ) | |
| TRAVON DEANGELO ROARY | ) ) ) | *UNDER SEAL* |

## ORDER TO SEAL ARREST WARRANT, AFFIDAVIT AND CRIMINAL COMPLAINT

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Affidavit, Criminal Complaint, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Affidavit and Criminal Complaint, the Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Cortney.Randall@usdoj.gov).

SO ORDERED this 24th day of January 2022.

Signed: January 24, 2022

David C. Keesler
United States Magistrate Judge