# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-MJ-029-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRAVON DEANGELO ROARY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss Complaint" (Document No. 8) filed February 7, 2022. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Complaint" (Document No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to the United States Probation Office, the United States Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: February 7, 2022

David C. Keesler
United States Magistrate Judge